AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Gavin Less Nowlin, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    8:20-cv-03043-HMH |
| Major Jeff Johnson, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X  other:  **ORDERED** that the Petition in this case is dismissed without requiring the respondent to file a return. It is further **ORDERED** that a certificate of appealability is denied.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

X decided by the Honorable Henry M. Herlong, Jr

Date:    October 19, 2020                    *CLERK OF COURT*

                                             s/Rob Weber, Deputy Clerk
                                    _____
                                        *Signature of Clerk or Deputy Clerk*